

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

October 30, 2023

**Via CM/ECF**

Lyle W. Cayce, Clerk
U.S. Court of Appeals for the Fifth Circuit

Re:  *No. 23-10802; Angela Colmenero, Attorney General, State of Texas; David Schnitz; Tracy Martin; Floice Allen v. Steven Dettelbach, in his Official Capacity as Director, Bureau of Alcohol, Tobacco, Firearms, and Explosives; Merrick Garland, U.S. Attorney General*

Dear Mr. Cayce:

When Plaintiffs-Appellants submitted their notice of appeal, Angela Colmenero was the Provisional Attorney General of Texas, and she was proceeding in her official capacity. On September 16, 2023, Ken Paxton was reinstated as Attorney General of Texas. Consequently, Ken Paxton is automatically substituted as a party for Angela Colmenero. Fed. R. App. P. 43(c)(2).

Therefore, please chance the style of this appeal to *Ken Paxton, Attorney General, State of Texas; David Schnitz; Tracy Martin; Floice Allen v. Steven Dettelbach, in his Official Capacity as Director, Bureau of Alcohol, Tobacco, Firearms, and Explosives; Merrick Garland, U.S. Attorney General*.

                      Respectfully submitted,

                      /s/ Charles K. Eldred
                      Counsel for Ken Paxton

cc: All registered counsel (via e-mail)