# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 31, 2023

Mr. Charles Kenneth Eldred
Office of the Attorney General of Texas
Tax Division
P.O. Box 12548
Austin, TX 78711-2548

Mr. Sean Janda
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Suite 7260
Washington, DC 20530

Mr. Tony Keith McDonald
Law Offices of Tony McDonald
1501 Leander Drive
Building B
Suite 2
Leander, TX 78641

Ms. Emily Nestler
U.S. Department of Justice
Civil Division
1100 L Street N.W.
Washington, DC 20530

Ms. Abby Christine Wright
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

    No. 23-10802   Ken Paxton, Attorney General, State of Texas
                      v. Steven Dettelbach
                      USDC No. 4:22-CV-143

Dear Counsel,

Attached is a revised case caption, which should be used on all future filings in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

Case No. 23-10802

Ken Paxton, Attorney General, State of Texas; David Schnitz; Tracy Martin; Floice Allen,

        Plaintiffs - Appellants

v.

Steven Dettelbach, in his Official Capacity as Director, Bureau of Alcohol, Tobacco, Firearms and Explosives; Merrick Garland, U.S. Attorney General,

        Defendants - Appellees