# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

Ken Paxton, Attorney General, State of Texas; David Schnitz; Tracy Martin; Floice Allen,

    Plaintiffs-Appellants,

v.

Steven Dettelbach, in his Official Capacity as Director, Bureau of Alcohol, Tobacco, Firearms and Explosives; Merrick Garland, U.S. Attorney General,

    Defendants-Appellees.

No. 23-10802

## MOTION FOR 45-DAY EXTENSION OF
## TIME TO FILE APPELLEES' BRIEF

Pursuant to Federal Rule of Appellate Procedure 26(b), the federal government respectfully moves for a 45-day extension of time, to and including January 16, 2024, in which to file its response brief in this appeal. Plaintiffs-appellants consent to this motion. In support of this motion, the government states the following:

**1.** In this suit, plaintiffs, three private individuals and the Attorney General of the State of Texas, claim that certain of the National Firearms Act's provisions imposing taxes and other requirements on the making of silencers are unconstitutional. The district court dismissed plaintiffs' claims, concluding that they

lacked standing to sue, and plaintiffs appealed. On October 31, 2023, plaintiffs filed their opening brief.

**2.** The federal government respectfully requests that its deadline to file a response brief be extended by 45 days, to and including January 16, 2024.[1] Plaintiffs filed their opening brief on October 31, 2023. Under Fed. R. App. P. 31(a), the government's response brief is thus currently due November 30, 2023. The government has not previously sought an extension of the briefing deadlines.

The requested extension is necessary to allow the government adequate time to prepare and review its brief. The attorney with principal responsibility for this matter is Sean R. Janda. Mr. Janda has recently been occupied with a number of other pressing matters, including *Lincoln Electric System v. FERC*, No. 22-1205 (D.C. Cir.) (oral argument scheduled November 17); *Rtskhiladze v. Department of Justice*, Nos. 21-5243, 22-3037 (D.C. Cir.) (oral argument scheduled November 30); *Martin v. United States*, No. 23-343 (U.S.) (brief in opposition to certiorari due December 1, as extended); *Sweet v. Cardona*, No. 23-15049 (9th Cir.) (oral argument scheduled December 5); and a number of additional internal matters. In addition, the attorney with principal supervisory responsibility for this matter, Michael S. Raab, also has supervisory responsibilities on a number of other ongoing appellate matters, including *DeWilde v. Attorney General*, No. 23-8054 (10th Cir.) (response brief filed November 6);

---

[1] January 14, 2024 is a Sunday, and January 15, 2024 is Martin Luther King, Jr. Day, a federal holiday. *Cf.* Fed. R. App. P. 26(a)(3).

*Phillips v. CBP*, No. 21-55768 (9th Cir.) (opposition to rehearing due November 14); *Pitsilides v. Attorney General*, No. 21-3320 (3d Cir.) (supplemental letter brief due November 15); *Azawi v. McDonough*, No. 22-56157 (9th Cir.) (response brief currently due November 30); *Cato Institute v. Cardona*, No. 23-1736 (6th Cir.) (response brief due November 30); and a number of additional internal matters. Moreover, the requested extension is necessary in light of the upcoming holidays.

**3.** Accordingly, we respectfully request that the deadline for the government's brief be extended to January 16, 2024. Counsel for plaintiffs has represented that they consent to this motion.

        Respectfully submitted,

        MICHAEL S. RAAB

        *s/ Sean R. Janda*
        SEAN R. JANDA
         *Attorneys, Appellate Staff*
         *Civil Division, Room 7260*
         *U.S. Department of Justice*
         *950 Pennsylvania Avenue NW*
         *Washington, D.C. 20530*
         *(202) 514-3388*

November 2023

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2023, I electronically filed the foregoing brief with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system and service will be accomplished on all parties through that system.

*/s/ Sean R. Janda*
Sean R. Janda

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify that this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 425 words, according to the count of Microsoft Word.

*s/ Sean R. Janda*
Sean R. Janda