# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 13, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-10802   Ken Paxton, Attorney General, State of Texas
                  v. Steven Dettelbach
                USDC No. 4:22-CV-143

The court has granted in part an extension of time, to and including January 2, 2024, for filing appellees' brief in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

Mr. Charles Kenneth Eldred
Mr. Sean Janda
Mr. Tony Keith McDonald
Ms. Emily Nestler
Ms. Abby Christine Wright