

**U.S. Department of Justice**
Civil Division

---

VIA CM/ECF

February 14, 2024

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130

        RE:   *Paxton v. Dettelbach*, No. 23-10802
                 (oral argument not yet scheduled)

Dear Mr. Cayce:

    I am the government attorney with principal responsibility for the above-referenced appeal. I am writing to respectfully request that the Court not schedule argument in these appeals for the session spanning April 2-5, 2024, as I will be out of the country throughout that week. Thank you for your consideration.

                                      Sincerely,

                                      /s/ *Sean R. Janda*
                                      Sean R. Janda
                                      Attorney

cc:    all counsel (via CM/ECF)

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2024, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/ *Sean R. Janda*
SEAN R. JANDA